IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222,<br><br>    Plaintiff,<br><br>  v.<br><br>FOOD AND DRUG ADMINISTRATION<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993,<br><br>    Defendant. | Civil Action No. 22-12 |

**COMPLAINT FOR INJUNCTIVE RELIEF**

  Plaintiff Reed Smith LLP brings this action seeking disclosure of wrongfully withheld agency records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and alleges as follows:

**JURISDICTION AND VENUE**

  1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

  2. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

**PARTIES**

  3. Plaintiff Reed Smith LLP ("Reed Smith"), which submitted the FOIA request at issue here, is a limited liability partnership organized under the laws of the State of Delaware. Reed Smith's principal business address is 225 Fifth Avenue, Pittsburgh, Pennsylvania 15222.

  4. Defendant Food and Drug Administration ("FDA"), which received the FOIA request at issue here, is an agency within the Department of Health and Human Services. FDA is

an "agency" within the meaning of 5 U.S.C. §§ 551(1) and 701(b)(1). FDA's principal business address is 10903 New Hampshire Avenue, Silver Spring, Maryland 20993.

## STATEMENT OF FACTS

5. On November 15, 2021, Reed Smith submitted a FOIA request to FDA requesting agency records. Specifically, the FOIA request sought: (1) all communications between FDA (including, but not limited to, FDA's Center for Drug Evaluation and Research) and the United State Pharmacopeial Convention ("USP"), within a specific timeframe, regarding the following subjects: (a) compounding of human or animal drugs; (b) pharmacy compounding; or (c) proposed or potential revisions to USP standards for compounding of human or animal drugs, including, but not limited to, proposed or potential revisions to USP General Chapter <795> Pharmaceutical Compounding – Nonsterile Preparations or USP General Chapter <797> Pharmaceutical Compounding – Sterile Preparations; and (2) all agency records, within a specific timeframe, reflecting grant or other monies sought by, or provided to, USP (including, but not limited to, grant applications and grant awards). A true and correct copy of the FOIA request and FDA FOIA Request Confirmation provided by FDA's online access portal is attached as Exhibit A.

6. FDA confirmed receipt of the FOIA request via e-mail on November 15, 2021. A true and correct copy of FDA's November 15 e-mail is attached as Exhibit B.

7. On November 16, 2021, FDA advised Reed Smith via e-mail and an attached acknowledgement letter that FDA had assigned the FOIA request a control number. FDA asserted in the acknowledgement letter that "[d]ue to an increase in the number of incoming requests, we may be unable to comply with the twenty-working-day time limit in this case, as well as the ten additional days provided by the FOIA." FDA provided no date upon which it intended to respond to the FOIA request. A true and correct copy of FDA's November 16, 2021 e-mail and the acknowledgement letter attached thereto is attached as Exhibit C.

8. FOIA provides that an agency must "determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of [a FOIA] request whether to comply with such request and shall immediately notify the person making such request of . . . such determination and the reasons therefor." 5 U.S.C. § 552(a)(6)(A)(i). The 20-day period "shall commence on the date on which the request is first received by the appropriate component of the agency, but in any event not later than ten days after the request is first received by any component of the agency that is designated in the agency's regulations . . . to receive" FOIA requests. *Id.* § 552(a)(6)(A). "In unusual circumstances . . . the time limits . . . may be extended by written notice to the person making such request setting forth the unusual circumstances for such extension and the date on which a determination is expected to be dispatched." *Id.* § 552(a)(6)(B)(i). "No such notice shall specify a date that would result in an extension for more than ten working days" except in certain circumstances not relevant here. *Id.*

9. FDA received the FOIA request on November 15, 2021. Even allowing for an additional ten days in order for the request to be provided to the appropriate FDA component, the time limit for FDA to determine whether to comply with the FOIA request expired on December 29, 2021. At no time did FDA provide any information supporting an extension of that time limit due to unusual circumstances or provide a date certain on which a determination is expected to be issued.

10. To date, Reed Smith has not received a determination from FDA as to whether FDA will comply with the FOIA request.

## CAUSE OF ACTION

**Violation of the Freedom of Information Act for Improper Withholding of Agency Records**

11. Reed Smith repeats and realleges paragraphs 1–10.

12. The documents requested by the FOIA request constitute "agency records" subject to mandatory disclosure under FOIA.

13. FDA has improperly withheld the requested agency records in violation of 5 U.S.C. § 552(a)(3)(A).

14. Reed Smith has constructively exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i).

## REQUEST FOR RELIEF

WHEREFORE, Reed Smith requests that the Court:

A. Order FDA to produce all agency records responsive to the FOIA request by a date certain;

B. Award Reed Smith its costs and reasonable attorney's fees incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

C. Grant such other relief as the Court deems just and proper.

[*Signature Page Follows*]

- 5 -

Dated: January 4, 2022            Respectfully submitted,

                               REED SMITH LLP

By: /s/ James F. Segroves
James F. Segroves (D.C. Bar No. 480630)
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
202.414.9294
202.414.9299 (fax)
jsegroves@reedsmith.com

*Counsel for Plaintiff Reed Smith LLP*